**UNITED STATES DISTRICT COURT**
~~EASTERN DISTRICT OF MISSOURI~~
_____ DIVISION

Andrew moody #63901-054 )
)
_____ )
)
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action.  Include prison )
registration number(s).) )
)
)
v. )
)
Auther Logan JR )
)
USP Hazelton )
)
John Doe #1 )
)
_____ )
)
_____ )
(Enter above the full name of **ALL** Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**FILED**

FEB 7 2013

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Case No. ___2:13-2213___
(To be assigned by Clerk)

Jury Demand

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I.    PLACE OF PRESENT CONFINEMENT:

United state's penitentiary Hazelton po BOX 2000 Bruceton mull
West virginia 26525

II.    PREVIOUS CIVIL ACTIONS:

A.    Have you brought any other civil actions in state or federal court dealing with the
same facts involved in this action or otherwise relating to your confinement?

YES   [ ]                    NO   [✓]

B.   If your answer to "A" is YES, describe the action(s) in the space below.  If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

   1.   Parties to previous civil action:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2.   Court where filed: _____

   3.   Docket or case number: _____

   4.   Name of Judge: _____

   5.   Basic claim made: _____

      _____

      _____

   6.   Present disposition (Is the case still pending?  Is it closed?  If closed, was it appealed?):

      _____

III.   GRIEVANCE PROCEDURES:

A.   Is there a prisoner grievance procedure at the institution in which you are incarcerated?

      YES   [X]         NO   [ ]

B.   Have you presented this grievance system the facts which are at issue in this complaint?

      YES   [ ]         NO   [X]

-2-

C.     If your answer to "B" is YES, what steps did you take: _____

_____

_____

D.     If your answer to "B" is NO, explain why you have not used the grievance system:

I was told I Didn't need to file any Grievance cause ~~the~~
officers was present

IV.    PARTIES TO THIS ACTION:

A.     Plaintiff(s)

1.     Name of Plaintiff: _____

2.     Plaintiff's address: _____

3.     Registration number: _____

4.     Additional Plaintiff(s) and address(es): _____

_____

_____

B.     Defendant(s)

1.     Name of Defendant: Author Logan JR

2.     Defendant's address: PO BOX 2000 Bruceton mills WV 26525

3.     Defendant's employer and job title: Defendent is a prisoner at USP
Hazelton PO BOX 2000 Bruceton mills, WV 26525

4.     Additional Defendant(s) and address(es): _____

_____

_____

-3-

V.   COUNSEL

A.   Do you have an attorney to represent you in this action?

YES   [ ]                NO   [X]

B.   If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES   [ ]                NO   [X]

C.   If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

_____

_____

_____

D.   If your answer to "B" is NO, explain why you have not made such efforts:

I will cike the court to appoint me a lawyer

_____

E.   Have you previously been represented by counsel in a civil action in this Court?

YES   [ ]                NO   [X]

F.   If your answer to "E" is YES, state the attorney's name and address:

_____

_____

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each
      defendant is involved. You must state exactly what each defendant personally did, or failed
      to do, which resulted in harm to you. Include also the names of other persons involved, dates,
      and places. Be as specific as possible. State your claims in numbered paragraphs.  You may
      use additional paper if necessary):

During the month OF January 2013 while Housed in the
united state's penitentiary Segegation unit in Range # in cell 213
officers place me ~~xxx~~ Andrew mody # 63901-054 in ~~xxx~~ Hand
cuffs through the Tray port at which time Inmate Authar logan
JR swang his Right hand closed into a fist striking me in my Right
eye, I Andrew mody Duck my Head to perfect my face and then Defen
dent Authar logan JR began to Ran Down punch's on me striking me
In the face Head chest Back and Tammie area. The officer DEfendent
John Doe ~~xxx~~ #1 stood outside the close cell Door and Activated the
SRt officer Responce and Asistonce alarm, while Defendent Authar
logan JR continue to Beat me about the face neck ~~Head~~ and Back
Afea for about four minute's befor officers arive 12 to 15 Deep with
a pepper Spray Gun, I continue to be beat by Defendent ~~xxx~~.
Authar logan JR, while six to Ten officers was present outside
the cell Door watching me being Beat until the officer with the
Gun came at which point Defendent Authar logan JR was force
to cuff up at Gun point and stop ~~x~~ Beating me then the Door was
open. and I was Rush to the medical unit at the prison my eye's was
closed up the Right eye more then the left eye, I was given Ice pack
and pain pills To Bring the swelling Down and take away the Redne
from the eye Ball then I had to -5- see the eye Docter who told me
It will take Two to Three week's for my eye to Heal up.

VII.    RELIEF

State briefly and exactly what you want the Court to do for you.  Do not make legal arguments.  (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I Request the court to place all funds in any bank In the name of Author logan JR on hold as well as any property In the name Author logan JR from being sold or withdrew while this Case is Going accept to pay Bill's. I Request the court to make the Defendent Author Logan JR to pay 5 million Dollers in Damage's and the Defendent usp Hazel ton pay 1,500,000 - dollers in Damage's

VIII.   MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☐          NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____

_____

_____

IX.     Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES   [  ]                    NO   [X]

_____

_____

_____
Signature of attorney or pro se Plaintiff(s)

2-3-13
Date

-6-